No. 11–575. CARSON *v.* UNITED STATES OFFICE OF SPECIAL COUNSEL. C. A. 6th Cir. Motion of Lori A. Saxon et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 11–7265. PRINCE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.